IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL, ET AL.          :          CIVIL ACTION

V.                                   :          NO.  02-3652

POWERMATIC CORPORATION, ET AL.       :

O R D E R

    **AND NOW**, this 13th day of March, 2003, upon the request of counsel for

DeVlieg Bullard II, Inc. and with no objection from any other counsel, **IT IS HEREBY**

**ORDERED** that the scheduling order of October 28, 2002 is amended as follows:

    1.  The discovery deadline is extended to May 15, 2003.

    2.  The dispositive motion deadline is extended to May 15, 2003.

    3.  The trial scheduled for May 27, 2003 is continued and is hereby rescheduled

for August 4, 2003.

    4.  In all other respects the scheduling order of October 28, 2002 is hereby

reaffirmed.

_____
William H. Yohn, Jr., Judge