IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL, ET AL.        :        CIVIL ACTION

V.                                 :        NO. 02-3652

POWERMATIC CORPORATION, ET AL.     :

O R D E R

**AND NOW**, this 14th day of May, 2003, upon the joint request of all counsel, **IT IS ORDERED** that the scheduling order of October 28, 2002 is amended as follows:

1. The discovery deadline is extended to August 15, 2003.

2. The dispositive motion deadline is extended to September 15, 2003.

3. The trial scheduled for August 4, 2003 is continued and is hereby rescheduled for January 26, 2004 at 10:00 a.m.

4. In all other respects the scheduling order of October 28, 2002 is hereby reaffirmed.

5. No further extensions or continuances will be granted.

_____
William H. Yohn, Jr., Judge