IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : | |
| Plaintiffs | : : | CIVIL ACTION NO. 02-3652 |
| v. | : : | |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., and DEVLIEG-BULLARD, INC., a/k/a DEVLIEG BULLARD II, INC. | : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : | |

**CERTIFICATE PURSUANT TO FED.R.C.P. 37(a)(2)(A)**

    I hereby certify that Plaintiffs have made numerous and repeated attempts to resolve this discovery dispute without the intervention of this Honorable Court.

                                      SOREN P. WEST LAW OFFICES

July 25, 2003                      BY:_____
                                           Soren P. West #08223
                                           Attorneys for Plaintiff
                                           319 North Street
                                           Lancaster, PA 17603
                                           (717) 295-7272