CERTIFICATE OF SERVICE

I hereby certify that, I have this day served a true and correct copy of the foregoing document upon the person(s) set forth below and in the manner indicated below:

Service by first class mail addressed as follows:

Joel Paul Fishbein, Esquire
Bennett, Bricklin & Saltzburg, LLP
1601 Market Street - 16th Floor
Philadelphia, PA 19103-2393
Attorneys for Defendant Powermatic Corporation

Warren E. Voter, Esquire
Sweeney & Sheehan
1515 Market Street - 19th Floor
Philadelphia, PA 19102
Attorneys for Defendant Devlieg-Bullard, Inc.

SOREN P. WEST LAW OFFICES

Date _____      By:_____
                          Soren P. West
                          Attorneys for Plaintiff
                          319 North Duke Street
                          Lancaster, PA 17602-4915
                          (717) 295-7272