IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL and TAMMITHA :
M. MITCHELL, husband and wife :
 :
 Plaintiffs :
 : CIVIL ACTION NO. 02-3652
 v. :
 :
POWERMATIC CORPORATION, a/k/a :
POWERMATIC, INC., JET EQUIPMENT & : JURY TRIAL DEMANDED
TOOLS, INC., and DEVLIEG-BULLARD, :
INC., a/k/a DEVLIEG BULLARD II, INC. :
 :
 Defendants :

## ORDER

 AND NOW, this _____day of _____, 2003, it is hereby ORDERED and

DECREED that Plaintiffs' Motion for Sanctions is GRANTED, that the following allegations shall be

taken as established in this litigation and that Defendant Powermatic Corporation is precluded from

opposing them:

 1. Defendant Powermatic Corporation is merely a continuation of Powermatic Inc. and thus subject to liability for harm caused by Powermatic Inc.'s Shaper, Model 27;

 2. Defendant Powermatic Corporation undertook to conduct the same manufacturing operation of Powermatic Inc.'s Shaper, Model 27, product line in essentially an unchanged manner and is, therefore, subject to liability for harm it causes under the "product line" exception to corporate successor non liability;

 3. The Powermatic Shaper, Model 27, was defective in its design and manufacture and such defects were the direct and proximate cause of Plaintiffs' injuries.

 It is further ORDERED that Defendant Powermatic Corporation pay Plaintiffs reasonable costs,

including attorney fees, in preparation and filing of their Motion pursuant to a statement of such costs

to be prepared by Plaintiffs.

 BY THE COURT,

_____
 J.