<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, I have this day served a true and correct copy of the foregoing document upon the person(s) set forth below and in the manner indicated below:

      <u>Service by first class mail addressed as follows:</u>

      Joel Paul Fishbein, Esquire
      Bennett, Bricklin & Saltzburg, LLP
      1601 Market Street - 16th Floor
      Philadelphia, PA 19103-2393
      Attorneys for Defendant Powermatic Corporation

      Warren E. Voter, Esquire
      Sweeney & Sheehan
      1515 Market Street - 19th Floor
      Philadelphia, PA 19102
      Attorneys for Defendant Devlieg-Bullard, Inc.

      SOREN P. WEST LAW OFFICES

Date _____      By:_____
      Soren P. West
      Attorneys for Plaintiff
      319 North Duke Street
      Lancaster, PA 17602-4915
      (717) 295-7272