IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL and          :
TAMMITHA M. MITCHELL, husband    :
and wife                         :
                                 :
            Plaintiffs           :    CIVIL ACTION NO. 02-3652
                                 :
       v.                        :
                                 :
POWERMATIC CORPORATION, a/k/a    :    JURY TRIAL DEMANDED
POWERMATIC, INC., JET            :
EQUIPMENT & TOOLS, INC., and     :
DEVLIEG-BULLARD, INC., a/k/a     :
DEVLIEG BULLARD II, INC.         :
                                 :
            Defendants           :

### PLAINTIFFS' PRETRIAL DISCLOSURES

**I.    WITNESSES**

    **A.    LIABILITY**

        **1.    EXPECT TO CALL**

           a.    Plaintiff Michael J. Mitchell

           b.    Richard A. Colberg
              Robson Lapina
              350 New Holland Avenue
              Lancaster, PA 17602
              (717)293-9050

           c.    Sam Ellis
              WMH Tool Group, Inc.

           d.    Ben Nixon
              WMH Tool Group, Inc.

           e.    Additional witnesses Plaintiffs would have
              known about had discovery been completed as
              order by this Court

           f.    Any witness listed by any Defendant

        **2.    MAY CALL**

           Roy Oatman

```
Chris Seltzer
Stephen Tuce
Josh Walton
Ed Deardorf
Dean Gochnauer

c/o Brubaker Kitchens, Inc.
1422 Manheim Pike
Lancaster, PA 17602
```

**B.    DAMAGES**

**1.    EXPECT TO CALL**

a.    Plaintiffs Michael J. and Tammitha M. Mitchell

b.    Edward D. Maley, M.D.
Orthopedic Associates of Lancaster, Ltd.
Lancaster, PA 17602

c.    Robert Charles Steinman, MD
1671 Crooked Oak Drive
Lancaster, PA 17601

d.    Gary R. Kutay
L&H Group
2889 Graystone Road
East Petersburg, PA 17520

e.    Additional witnesses Plaintiffs would have known about had discovery been completed as order by this Court

f.    Any witness listed by any Defendant

**2.    MAY CALL**

```
Roy Oatman
Chris Seltzer
Stephen Tuce
Josh Walton
Ed Deardorf
Dean Gochnauer

c/o Brubaker Kitchens, Inc.
1422 Manheim Pike
Lancaster, PA 17602
```

## II.  EXHIBITS

### A.  LIABILITY

1.   Invoice for Powermatic Shaper Model 27

2.   Photographs of Powermatic Shaper Model 27

3.   Photographs from Report of Richard A. Colberg

4.   Photographs of workplace where injured

5.   Photographs of different guards

6.   Model of or actual Powermatic Shaper Model 27

7.   Various raised panels such as Plaintiff shaped with Powermatic Shaper Model 27

8.   Guards to use with Powermatic Shaper Model 27

9.   Brubaker brochures and/or pictures showing finished cabinets showing type panel Plaintiff working on

10.  Model 27 & 27 PS Shaper Maintenance Instructions and Part List

11.  Wood Shaper Model 27 & 27 Super Instruction Manual & Parts List

12.  Delaware State Certificate of Incorporation of Powermatic Corporation

13.  Delaware State Certificate of Dissolution of Powermatic, Inc.

14.  Asset Purchase Agreement between DeVlieg-Bullard, Inc. and Sunhill NIC Company, Inc.

15.  September 29, 1999 Bankruptcy Court Order of Judge Marilyn Shea Stonum Authorizing Debtor to Sell Powermatic Assets

16.  Asset Purchase Agreement between DeVlieg-Bullard and Jet Equipment & Tools, Inc.

17.  Assignment and Assumption Agreement between Powermatic Corporation and Jet Equipment & Tools

18.  Technical drawings and designs of Powermatic Shaper Model 27

19.  Advertisements and web pages of Powermatic products

20.  Expert Report of Richard A. Colberg

21.  Additional documents or exhibits from any party which Plaintiffs would have obtained had discovery been completed as order by this Court

22.  Any exhibits listed by any Defendant

**B.   DAMAGES**

1.  Photographs of injuries

2.  Medical Records of Michael J. Mitchell

3.  Medical Bills of Michael J. Mitchell

4.  W2s, Tax Returns and Disability Statements of Michael J. Mitchell

5.  Expert Report of Gary R. Kutay

6.  Expert Report of Robert Charles Steinman, M.D.

7.  Pillep Hand Prosthesis

8.  Additional documents or exhibits from any party which Plaintiffs would have obtained had discovery been completed as order by this Court

9.  Any exhibits listed by any Defendant

SOREN P. WEST LAW OFFICES

August 14, 2003          BY: _____
                         Soren P. West, #08223
                         Attorneys for Plaintiff
                         319 North Duke Street
                         Lancaster, PA 17602-4915
                         (717) 295-7272

-4-