**CERTIFICATE OF SERVICE**

    I hereby certify that, I have this day served a true and correct copy of the foregoing document upon the person(s) set forth below and in the manner indicated below:

<u>Service by first class mail addressed as follows</u>:

        Joel Paul Fishbein, Esquire
        Bennett, Bricklin & Saltzburg, LLP
        1601 Market Street - 16th Floor
        Philadelphia, PA 19103-2393
        Attorneys for Defendant Powermatic Corporation

        Warren E. Voter, Esquire
        Sweeney & Sheehan
        1515 Market Street - 19th Floor
        Philadelphia, PA 19102
        Attorneys for Defendant Devlieg-Bullard, Inc.

        SOREN P. WEST LAW OFFICES

Date _____    By:_____
        Soren P. West
        Attorneys for Plaintiff
        319 North Duke Street
        Lancaster, PA 17602-4915
        (717) 295-7272