IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : | |
| vs. | : : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., AND DEVLIEG-BULLARD, INC. a/k/a DEVLIEG BULLARD II, INC. | : : : : : : | JURY TRIAL DEMANDED |

***PRE-TRIAL DISCLOSURES ON BEHALF OF***
***WMH TOOL GROUP, INC. (FORMERLY KNOWN AS***
***JET EQUIPMENT & TOOLS, INC.) SUCCESSOR-BY-MERGER***
***TO POWERMATIC CORPORATION***

**I.** **Witnesses**

  A. <u>Liability</u>

    1. <u>Expect to Call</u>

      (a) Ben Nixon, WMH Tool Group, Inc.
      (b) Sam Ellis, WMH Tool Group, Inc.
      (c) William Bernstein, Esquire
      (d) Dean Gochnauer of Brubaker Kitchens, Inc.
      (e) Edward Cornelius of Brubaker Kitchens, Inc.
      (f) Defendant reserves the right to call any witness listed by the plaintiff or the co-defendant.

    2. <u>May Call</u>

      (a) Robert Romano, Esquire, Vice President and General Counsel of WMH Tool Group, Inc.

      (b) Walter Painter, a liability expert retained by co-defendant.

  B. <u>Damages</u>

    1. <u>Expect to Call</u>

  (a) Mark Lukas, 25 West Third Street, Media, PA 19063, vocational and evaluation expert.

  (b) Defendant reserves the right to call as a witness those persons named in the pre-trial disclosures of the plaintiffs and the co-defendant.

## II. **EXHIBITS**

A. Liability

1. Instruction manual for the Powermatic shaper.

2. Warning label for the Powermatic shaper.

3. Blueprints and photographs of the Model 27 shaper.

4. Certificate of Incorporation of Powermatic Corporation.

5. Certification of Dissolution of Powermatic, Inc.

6. Asset Purchase Agreement of August 20, 1999 between DeVlieg-Bullard, Inc. and Sun Hill NIC Company, Inc.

7. Agreement of September 27, 1999 between DeVlieg-Bullard, Inc. and Jet Equipment & Tools, Inc.

8. Order of September 29, 1999 of the U.S. Bankruptcy Court for the Northern District of Ohio in re: DeVlieg-Bullard, Inc.

9. Assignment and Assumption Agreement between Powermatic Corporation and Jet Equipment & Tools, Inc.

10. Bill of Sale, Assignment and Assumption Agreement between DeVlieg-Bullard, Inc. and Powermatic Corporation.

11. Affidavit of William Bernstein, Esquire, of March 12, 2003.

12. Defendant reserves the right to utilize as exhibits those documents referenced in the pre-trial disclosures of the plaintiffs and co-defendant.

B. Damages

1. Report of Mark Lukas, 25 West Third Street, Media, PA 19063, vocational and evaluation expert.

2. Exhibits marked at the depositions of Gochnauer and Cornelius.

3. W-2s and tax returns of Michael Mitchell.

Defendant reserves the right to use as exhibits those documents referenced in the pre-trial disclosures of the plaintiffs and co-defendant.

**BENNETT, BRICKLIN & SALTZBURG LLP**

**BY:** _____
**JOEL PAUL FISHBEIN, Esquire**
**Attorney for Defendant**
WMH Tool Group, Inc., (Formerly Known as Jet Equipment & Tools, Inc.), Successor-By-Merger to Powermatic Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : : | |
| vs. | : : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., AND DEVLIEG-BULLARD, INC. a/k/a DEVLIEG BULLARD II, INC. | : : : : : : | JURY TRIAL DEMANDED |

    I do hereby certify that service of a true and correct copy of the pre-trial disclosures of WMH Tool Group, Inc. (Formerly Known as Jet Equipment & Tools, Inc.) Successor-By-Merger to Powermatic Corporation was made on the 18th day of August, 2003, to the parties listed below by:

Soren P. West, Esquire  
319 North Duke Road  
Lancaster, PA   17602-4915  
**Via Facsimile and Regular Mail**

Warren E. Voter, Esquire  
**Sweeney & Sheehan**  
1515 Market Street, 19th Floor  
Philadelphia, PA 19102  
**Via Facsimile and Regular Mail**

          **BENNETT, BRICKLIN & SALTZBURG LLP**

BY: _____  
     **JOEL PAUL FISHBEIN, Esquire**  
     Attorney for Defendant,  
     WMH Tool Group, Inc., (Formerly  
     Known as Jet Equipment & Tools, Inc.),  
     Successor-By-Merger to Powermatic  
     Corporation