IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITHCELL and
TAMMITHA M. MITCHELL, husband
and wife,

vs.  :  CI-02-CV3652

POWERMATIC CORPORATION, a/k/a
POWERMATIC, INC., JET EQUIPMENT
& TOOLS, INC., AND DEVLIEG-
BULLARD, INC. a/k/a DEVLIEG-   :   JURY TRIAL DEMANDED
BULLARD II, INC.

### AFFIDAVIT OF WILLIAM BERNSTEIN, ESQUIRE

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

I, WILLIAM BERNSTEIN, Esquire, being duly sworn according to law, depose and say that I am an attorney in sole practice duly licensed to practice in the State of New York, that at all relevant times I was corporate secretary and counsel for WMH Tool Group, Inc., and was formerly corporate secretary and counsel for Powermatic Corporation. I further depose and say that I have been the source of information regarding the corporate relationships of the Powermatic Division of DeVlieg-Bullard, Inc., Powermatic Corporation, Jet Equipment & Tools, Inc., and WMH Tool Group, Inc.

On April 3, 2003, I underwent major surgery at New York Presbyterian Hospital (formerly, New York Hospital) for removal of my cancerous left kidney. I was discharged from the hospital on April 7, 2003, and my recuperation has been substantially slower than I anticipated. I am seventy-five years of age and am presently only able to work approximately fifteen to twenty hours per week, whereas before my surgery I worked approximately fifty to sixty hours per week.

I am currently, and will likely continue to be, under the medical care of my surgeon, kidney specialist, internist/cardiologist, and pulmonary

specialist, and am taking prescriptive medications for high cholesterol, high blood pressure, and urinary function.

I believe that I can be deposed in this litigation within the next two or three months, preferably in New York City, although I also believe that I will be able to take the train from New York City to Philadelphia for a deposition. It would be more difficult for me to handle traveling from New York City through Philadelphia to Lancaster, Pennsylvania, for a deposition in the office of plaintiffs' attorney.

_____  5/13/03
William Bernstein, Esquire

Sworn to and Subscribed
before me this 13th day
of May, 2003.

_____
Notary Public

My Commission Expires:

DANIL I. VINOKUROV
Notary Public State of New York
No. 01VI6064200
Qualified in Kings County
Commission Expires 09/24/2005

**BENNETT, BRICKLIN & SALTZBURG LLP**

ATTORNEYS AT LAW
1601 MARKET STREET
16TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2393
(215) 561-4300
FAX: (215) 561-6661
WEBSITE: www.bbs-law.com

**MONTGOMERY COUNTY OFFICE**
ONE MONTGOMERY PLAZA
SUITE 606
NORRISTOWN, PA 19401-4807
(610) 272-4900
FAX: (610) 272-5105

**NEW JERSEY OFFICE**
204 WHITE HORSE PIKE
SECOND FLOOR
HADDON HEIGHTS, NJ 08035-1739
(856) 547-5756
FAX: (856) 547-5880

**DELCHESTER OFFICE**
109 EAST EVANS STREET
SUITE A
WEST CHESTER, PA 19380-2600
(610) 344-3990
FAX: (610) 344-3995

**CENTRAL PENNSYLVANIA OFFICE**
313 W. LIBERTY STREET
SUITE 371
LANCASTER, PA 17603
(717) 393-4400
FAX: (717) 393-4322

**BUCKS COUNTY/LEHIGH VALLEY OFFICE**
711 HYDE PARK
DOYLESTOWN, PA 18901
(215) 489-0815
FAX: (215) 489-0818

WRITER'S DIRECT DIAL: (215) 665-3307
WRITER'S EMAIL: fishbein@bbs-law.com

August 12, 2003
VIA OVERNIGHT MAIL

Soren P. West, Esquire
319 North Duke Road
Lancaster, PA 17602-4915

    Re:    Michael J. Mitchell and Tammitha M. Mitchell
    vs.    Powermatic Corporation, et al
          U.S.D.C., E.D. Pa. No. CI-02-CV3652
          Our File No. 90898

Dear Mr. West:

Enclosed please find true and correct copies of the supplemental answers of WMH Tool Group, Inc. (formerly known as Jet Equipment & Tools, Inc.), Successor-By-Merger to Powermatic Corporation to plaintiff's first set of interrogatories and answer to plaintiff's second set of interrogatories, along with a certificate of service, the originals of which have been retained in my file. Copies of the original verifications will be supplied in a day or two. I will get back to you by early next week with the names of the individual whom my client will designate for depositions.

I would therefore appreciate your contacting the court to withdraw your motion for sanctions without prejudice.

          Very truly yours,


          Joel Paul Fishbein

JPF/mee - Enclosure

    cc/w.enc.:    Warren E. Voter, Esquire (Via Hand Delivery)

    cc/w/oenc.:    Honorable William Yohn, Jr. (Via Hand Delivery)

**BENNETT, BRICKLIN & SALTZBURG LLP**
ATTORNEYS AT LAW
1601 MARKET STREET
16TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-2393
(215) 561-4300
FAX: (215) 561-6661
WEBSITE: www.bbs-law.com

**MONTGOMERY COUNTY OFFICE**
ONE MONTGOMERY PLAZA
SUITE 606
NORRISTOWN, PA 19401-4807
(610) 272-4900
FAX: (610) 272-5105
✦
**NEW JERSEY OFFICE**
204 WHITE HORSE PIKE
SECOND FLOOR
HADDON HEIGHTS, NJ 08035-1739
(856) 547-5756
FAX: (856) 547-5880
✦
**DELCHESTER OFFICE**
109 EAST EVANS STREET
SUITE A
WEST CHESTER, PA 19380-2600
(610) 344-3990
FAX: (610) 344-3995

**CENTRAL PENNSYLVANIA OFFICE**
313 W. LIBERTY STREET
SUITE 371
LANCASTER, PA 17603
(717) 393-4400
FAX: (717) 393-4322

✦

**BUCKS COUNTY/LEHIGH VALLEY OFFICE**
711 HYDE PARK
DOYLESTOWN, PA 18901
(215) 489-0815
FAX: (215) 489-0818

WRITER'S DIRECT DIAL: (215) 665-3307
WRITER'S EMAIL: fishbein@bbs-law.com

August 12, 2003

Soren P. West, Esquire
319 North Duke Road
Lancaster, PA 17602-4915

    Re: Michael J. Mitchell and Tammitha M. Mitchell
    vs. Powermatic Corporation, et al
      U.S.D.C., E.D. Pa. No. CI-02-CV3652
      <u>Our File No. 90898</u>

Dear Mr. West:

Supplementing my letter of today, my clients have designated for depositions the following individuals: Ben Nixon of the Human Services Department of WMH Tool Group, Inc., and Sam Ellis of the Technical Services Department.

Both of these gentlemen are located in LaVergne, Tennessee. Kindly contact my office so that we can arrange for a mutually convenient date for their depositions.

        Very truly yours,


        Joel Paul Fishbein

JPF/mee

 cc: Warren E. Voter, Esquire

    Honorable William Yohn, Jr.
    Judge of the U.S. District Court for the
    Eastern District of Pennsylvania