IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL, <u>ET</u> <u>AL</u>.        :        CIVIL ACTION

V.                                                     :        NO.  02-3652

POWERMATIC CORPORATION, <u>ET</u> <u>AL</u>.   :

<u>O R D E R</u>

**AND NOW**, this 18th day of August, 2003, upon consideration of plaintiffs' motion for sanctions and defendants' response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the discovery deadline is extended until October 15, 2003, or such later date as plaintiffs may request and the deadline for the filing of dispositive motions is extended to November 15, 2003.

_____
William H. Yohn, Jr., Judge