IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : | |
| vs. | : : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., AND DEVLIEG-BULLARD, INC. a/k/a DEVLIEG BULLARD II, INC. | : : : : : | JURY TRIAL DEMANDED |

## ***ORDER***

AND NOW, this _____ day of _____, 2003, it is hereby ORDERED and DECREED that defendant De-Vlieg Bullard, Inc., a/k/a DeVlieg-Bullard, II, Inc. shall provide full and complete answers to interrogatories (Sets I and II) of defendant**,** WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, within fifteen (15) days or have appropriate sanctions entered against it.

**BY THE COURT:**

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and<br>TAMMITHA M. MITCHELL, husband<br>and wife | : <br> : <br> : <br> : | |
| vs. | : | CI-02-CV3652 |
| | : | |
| POWERMATIC CORPORATION, a/k/a<br>POWERMATIC, INC., JET EQUIPMENT<br>& TOOLS, INC., AND DEVLIEG-<br>BULLARD, INC. a/k/a DEVLIEG<br>BULLARD II, INC. | : <br> : <br> : <br> : <br> : | <br><br><br>JURY TRIAL DEMANDED |

## *MOTION TO COMPEL DEVLIEG -BULLARD, INC., a/k/a DEVLIEG BULLARD, II, INC. FOR FAILURE ANSWER INTERROGATORIES (SETS I AND II)*

Defendant, WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, by and through its attorneys, Bennett, Bricklin & Saltzburg, LLP, hereby moves this Honorable Court for an order compelling the defendant, DeVlieg-Bullard, Inc., a/k/a DeVlieg-Bullard, II, Inc., to provide full, complete, and specific answers to defendant's interrogatories (Sets I and II) and, in support thereof defendant avers as follows:

1. Plaintiff commenced the instant civil action for personal injuries by filing a complaint with this court on or about

2. By letters dated April 28, 2003and April 29, 2003, counsel for the defendant served upon attorney for defendant DeVlieg-Bullard, Inc., a/k/a DeVlieg-Bullard, II, Inc., interrogatories (Set I) and (Set II), respectively, addressed to defendant DeVlieg-Bullard, Inc., a/k/a DeVlieg-Bullard, II, Inc.

3. The Federal Rules of Civil Procedure require that answers and/or objections to interrogatories be served upon the requesting party within thirty (30) days after service of same.

4.     To date, no objections or answers to said interrogatories have been served, although the time for answering under the applicable Federal Rules of Civil Procedure has expired.

5.     Counsel for WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, has attempted to amicably resolve this issue by writing to counsel DeVlieg-Bullard, a/k/a DeVlieg-Bullard, Inc. on July 9, 2003 requesting that answers be supplied within fifteen days of that letter, so that a motion need not be filed.

WHEREFORE, defendant, WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, respectfully requests that this Honorable Court order defendant DeVlieg-Bullard, Inc., a/k/a DeVlieg-Bullard, II, Inc., to provide full, complete and specific answers to defendant's interrogatories (Sets I and II) within fiftteen(15) days or suffer the imposition of appropriate sanctions upon further application to this court by the defendant.

**BENNETT, BRICKLIN & SALTZBURG LLP**

BY: _____
**JOEL PAUL FISHBEIN, Esquire**
Attorney for Defendant,
WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation