IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : | |
| vs. | : : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., AND DEVLIEG-BULLARD, INC. a/k/a DEVLIEG BULLARD II, INC. | : : : : : | JURY TRIAL DEMANDED |

### *NOTICE OF MOTION*

TO:   Warren E. Voter, Esquire

Be advised that the motion of defendants, WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, was filed with the court on August 18, 2003. Your response to said motion is due in accordance with the Federal Rules of Civil Procedure.

**BENNETT, BRICKLIN & SALTZBURG LLP**

**BY:**   _____
**JOEL PAUL FISHBEIN, Esquire**
**Attorney for Defendants**