IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. MITCHELL and<br>TAMMITHA M. MITCHELL, husband<br>and wife<br><br>    vs.<br><br>POWERMATIC CORPORATION, a/k/a<br>POWERMATIC, INC., JET EQUIPMENT<br>& TOOLS, INC., AND DEVLIEG-<br>BULLARD, INC. a/k/a DEVLIEG<br>BULLARD II, INC. | :<br>:<br>:<br>:<br>:    CI-02-CV3652<br>:<br>:<br>:<br>:<br>:    JURY TRIAL DEMANDED<br>: |

## *MEMORANDUM OF LAW*

Plaintiffs asserted a claim for personal injuries against defendants as a result of an industrial accident of June 8, 2000. On April 28, 2003, counsel for WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation served upon counsel for DeVlieg-Bullard, a/k/a DeVlieg-Bullard, II, Inc. interrogatories (Sets I and II) pursuant to the Federal Rules of Civil Procedure. Neither DeVlieg Bullard nor DeVlieg-Bullard, II, Inc. have served answers or objections to these interrogatories. By letter of July 9, 2003, counsel for WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation requested DeVlieg-Bullard to supply answers to interrogatories within fifteen days so as to avoid the filing of a motion for sanctions, but De-Vlieg Bullard, a/k/a DeVlieg-Bullard, II, Inc. has failed and refused to supply such answers.

WHEREFORE, WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation, prays that Your Honorable Court enter an order pursuant to F.R.C.P. 37(a)(2).

                                                  **BENNETT, BRICKLIN & SALTZBURG LLP**

                                                  BY: _____
                                                      **JOEL PAUL FISHBEIN, Esquire**
                                                      **Attorney for Defendant,**
                                                      WMH Tool Group, Inc. formerly known as Jet Equipment & Tools, Inc., Successor-By-Merger to Powermatic Corporation