IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and<br>TAMMITHA M. MITCHELL, husband<br>and wife | : | |
| vs. | : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a<br>POWERMATIC, INC., JET EQUIPMENT<br>& TOOLS, INC., AND DEVLIEG-<br>BULLARD, INC. a/k/a DEVLIEG<br>BULLARD II, INC. | : | JURY TRIAL DEMANDED |

***CERTIFICATION PURSUANT TO RULE 37***

I, Joel Paul Fishbein, Esquire, hereby certify that I have attempted to confer with counsel for defendant DeVlieg Bullard, Inc., a/k/a DeVlieg Bullard, II, Inc. in an effort to secure defendant's responses to defendant's interrogatories (Sets I and II)  without court action.

**BENNETT, BRICKLIN & SALTZBURG LLP**


BY: _____
**JOEL PAUL FISHBEIN, Esquire
Attorney for Defendants
Bennett, Bricklin & Saltzburg
16th Floor, 1601 Market Street
Philadelphia, PA   19103
(215) 561-4300**