## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and<br>TAMMITHA M. MITCHELL, husband<br>and wife | : : : : | |
| vs. | : : | CI-02-CV3652 |
| POWERMATIC CORPORATION, a/k/a<br>POWERMATIC, INC., JET EQUIPMENT<br>& TOOLS, INC., AND DEVLIEG-<br>BULLARD, INC. a/k/a DEVLIEG<br>BULLARD II, INC. | : : : : : | JURY TRIAL DEMANDED |

### *CERTIFICATE OF SERVICE*

I do hereby certify that service of a true and correct copy of the motion WMH Tool Group, Inc. (Formerly Known as Jet Equipment & Tolls, Inc.) Successor-By-Merger to Powermatic Corporation to compel defendant DeVlieg-Bullard, Inc., a/k/a DeVlieg Bullard, II, Inc. to answer interrogatories (Sets I and II) was made on the 19th day of August, 2003, to the parties listed below by:

| | |
|---|---|
| Soren P. West, Esquire<br>319 North Duke Road<br>Lancaster, PA   17602-4915 | Warren E. Voter, Esquire<br>**Sweeney & Sheehan**<br>1515 Market Street, 19th Floor<br>Philadelphia, PA 19102 |

**BENNETT, BRICKLIN & SALTZBURG LLP**

BY: _____
**JOEL PAUL FISHBEIN, Esquire**
Attorney for Defendants,
WMH Tool Group, Inc., (Formerly
Known as Jet Equipment & Tools, Inc.),
Successor-By-Merger to Powermatic
Corporation