IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. MITCHELL and TAMMITHA M. MITCHELL, husband and wife | : : : : |
| Plaintiffs | : CI-02- CV3652 : |
| v. | : : |
| POWERMATIC CORPORATION, a/k/a POWERMATIC, INC., JET EQUIPMENT & TOOLS, INC., and DEVLIEG-BULLARD, INC., a/k/a DEVLIEG BULLARD II, INC. | : JURY TRIAL DEMANDED : : : : |
| Defendants | : |

# ORDER

AND NOW, this       day of      , 200  , it is hereby ORDERED and DECREED that the Motion for Summary Judgment of defendant WMH Tool Group, formerly known as Jet Equipment and Tools, Inc., successor by merger to Powermatic Corporation, is hereby DENIED..

BY THE COURT:

_____
J.