IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. MITCHELL and | : | CIVIL ACTION |
| TAMMITHA M. MITCHELL, h/w | : | |
| | : | |
| V. | : | |
| | : | |
| POWERMATIC CORPORATION, et al. | : | NO. 02-3652 |

O R D E R

AND NOW, this 13th day of January, 2004, upon request of the defendants and over the objection of the plaintiff, **IT IS HEREBY ORDERED** that the trial in this action is continued pending disposition of defendants' motion for summary judgment.

                                                William H. Yohn, Jr., Judge