IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. MITCHELL, ET AL.        :        CIVIL ACTION

V.                                 :        NO. 02-3652

POWERMATIC CORPORATION, ET AL.     :

O R D E R

**AND NOW**, this 6th day of February, 2004, **IT IS HEREBY ORDERED** that oral argument on defendant's motion for summary judgment (particularly with reference to the involvement of Powermatic, Inc.) is **SCHEDULED** for **February 11, 2004 at 2:00 p.m. in Courtroom 14-B**.

_____
William H. Yohn, Jr., Judge